```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

MARY KROLL, et al.,              §
                                 §
            Plaintiffs,           §
     v.                          §    Civil Action
                                 §    No. C-98-43
UNITED STATES OF AMERICA,        §
                                 §
            Defendant.            §

### ORDER

On this day came on to be considered Plaintiffs' motion to withdraw funds held in the Registry of the Court for the benefit of minor child Mollie E. Kroll (D.E 31).[1]  Specifically, Plaintiffs seek disbursement of $18,000 for the purpose of purchasing a car and related insurance.  (Id.).  After considering the arguments of Plaintiffs, the Court hereby DENIES Plaintiffs' motion for the disbursement of funds held in the Court's Registry.

SIGNED and ENTERED on this 9th day of May, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] Pursuant to the Agreed Final Judgment in the above-styled action, the United States of America paid a certain sum into the Registry of the Court to be held in an interest bearing account for the benefit of Mollie E. Kroll.  (D.E. 25, ¶ 1).  The amount in the account is to be disbursed, together with all accrued interest, to Mollie E. Kroll when she reaches the age of eighteen (18) years. (Id.).  At the present time, Mollie E. Kroll is not yet eighteen (18) years of age.